July 20, 1964

No. 17,779. United States v Alfred Grant, PVT, U. S. Army (CM 410901).

The record reflects the court-martial was informed, during pre-sentence proceedings, that the suspension of a term of confinement imposed against accused on a prior conviction, had thereafter been vacated. See United States v Kiger, 13 USCMA 522, 33 CMR 54.

The decision of the Board of Review as to sentence is reversed, and the case is remanded to The Judge Advocate General of the Army for return to the Board of Review for reassessment of the sentence.